# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                       : CIVIL NO: C-1-00-886
                               : JUDGE DLOTT

JENNIFER L. HENZE,

        Defendant.

## SATISFACTION OF JUDGMENT

      The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to satisfy said judgment of record.

                                                      Respectfully submitted,

                                                      GREGORY G. LOCKHART
                                                      United States Attorney

                                                      s/ Deborah F. Sanders
                                                      DEBORAH F. SANDERS (0043575)
                                                      Assistant United States Attorney
                                                      303 Marconi Blvd, Suite 200
                                                      Columbus, Ohio 43215
                                                      (614) 469-5715

N:\_ECF Workload\DSanders\Henze, J - Sat of Judg.wpd